UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAN HIMMEL, Derivatively on Behalf of AMEDISYS, INC., </br></br>      Plaintiff, </br></br>vs. </br></br>WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVIT R. PITTS, PETER F. RICCHIUTI and DONALD A. WASHBURN, </br></br>      Defendants, </br></br>  and </br></br>AMEDISYS, INC., a Delaware corporation, </br></br>      Nominal Defendant. | **Civil Action No. 3:10-cv-00441-RET-SCR** </br></br>Judge Ralph E. Tyson </br></br>Magistrate Judge Stephen C. Riedlinger </br></br>**MOVING PLAINTIFFS DAN HIMMEL AND PAULA WENDLAND'S MOTION TO CONSOLIDATE AND APPOINT LEAD PLAINTIFF, LEAD COUNSEL, AND LIAISON COUNSEL** |
| PAULA WENDLAND, Derivatively on Behalf of AMEDISYS, INC., </br></br>      Plaintiff, </br></br>vs. </br></br>WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI , and DONALD A. WASHBURN, </br></br>      Defendants, </br></br>  and </br></br>AMEDISYS, INC., a Delaware corporation, </br></br>      Nominal Defendant. | **Civil Action No. 3:10-cv-00468-BAJ-DLD** </br></br>Judge Brian A. Jackson </br></br>Magistrate Judge Docia L. Dalby |

| | |
|---|---|
| NORTHUMBERLAND COUNTY PENSION FUND, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, DONALD A. WASHBUN, DALE E. REDMAN, JEFFREY D. JETER, MICHAEL O. FLEMING, GREGORY H. BROWNE, JOHN F. GUBLIN <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00480-JJB-DLD** <br><br> Judge James J. Brady <br><br> Magistrate Judge Docia L. Dalby |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, AND DONALD A. WASHBUN, <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00505-RET-CN** <br><br> Judge Ralph E. Tyson <br><br> Magistrate Judge Christine Noland |

**NOW INTO COURT**, through undersigned counsel comes plaintiffs Dan Himmel ("Himmel") and Paula Wendland who move this Court for an order (i) consolidating all four of the above-captioned derivative actions; and (ii) appointing a leadership structure of plaintiff Himmel as Lead Plaintiff, and appointing Robbins Umeda LLP and Lemmon Law Firm LLC as Co-Lead Counsel, and the law firm of Clayton & Fruge as Liaison Counsel.

The Motion is based on the accompanying Memorandum and Exhibits, the Affidavits, the pleadings and papers on file herein, and such other written or oral argument as may be properly presented to the Court.

**WHEREFORE,** moving plaintiffs pray that that the Court Order consolidating all four of the above-captioned derivative actions; and appointing a leadership structure of plaintiff Himmel as Lead Plaintiff, and appointing Robbins Umeda LLP and Lemmon Law Firm LLC as Co-Lead Counsel, and the law firm of Clayton & Fruge as Liaison Counsel, and grant such other and further relief as the Court may deem just and proper.

The undersigned hereby requests oral argument.

DATED: August 3, 2010

LEMMON LAW FIRM, LLC
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)

    s/Andrew A. Lemmon
ANDREW A. LEMMON

15058 River Road
P.O. Box 904
Hahnville, Louisiana 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333
E-mail: andrew@lemmonlawfirm.com
    irma@lemmonlawfirm.com

[Proposed] Co-Lead Counsel and Counsel for Plaintiffs Dan Himmel and Paula Wendland

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsumeda.com
  kseely@robbinsumeda.com
  jrazzouk@robbinsumeda.com

[Proposed] Co-Lead Counsel and Counsel for Dan Himmel

CLAYTON AND FRUGE
ANTONIO M. CLAYTON
607 N. Alexander Ave.
Port Allen, LA 70767
Telephone: (225) 344-7000
E-mail: tclaytonlaw@aol.com

[Proposed] Liaison Counsel for Lead Plaintiff

LEOPOLD KUVIN, P.A.
WILLIAM C. WRIGHT
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 514-0904
Facsimile: (561) 514-0905
E-mail: wwright@leopoldkuvin.com

Counsel for Plaintiff Dan Himmel

GOLDFARB BRANHAM LLP
CHARLES W. BRANHAM, III
HAMILTON LINDLEY
2501 N. Harwood, Ste. 1801
Dallas, TX 75201
Telephone: (214) 583-2233
Facsimile: (214) 583-2234
E-mail: tbranham@goldfarbbranham.com
  hlindley@goldfarbbranham.com

Counsel for Plaintiff Paula Wendland

# CERTIFICATE OF SERVICE

I certify that on August 3, 2010, a copy of the foregoing Moving Plaintiffs' Dan Himmel and Paula Wendland's Motion to Consolidate and Appoint Lead Plaintiff, Lead Counsel, and Liaison Counsel was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to:

- **Andrew Allen Lemmon**
  andrew@lemmonlawfirm.com,court@lemmonlawfirm.com
- **Irma L. Netting**
  irma@lemmonlawfirm.com

by operation of the court's electronic filing system.

I have mailed notice of this filing by United States Postal service this filing to the following non-CM/ECF participants and have provided notice via email:

- **Julie Moffett McCall**

Kantrow, Spaht, Weaver & Blitzer
P.O. Box 2997
445 North Blvd., Suite 300
Baton Rouge, LA 70821-2997
julie@kswb.com

- **Richard Franklin Zimmerman , Jr**

Kantrow, Spaht, Weaver & Blitzer
P.O. Box 2997
445 North Blvd., Suite 300
Baton Rouge, LA 70821-2997
richard@kswb.com,beth@kswb.com

- **Robert E. Arceneaux**

47 Beverly Garden Drive
Metairie, LA 70001
rea7001@cox.net

- **Pascal F. Calogero , Jr**

Ajubita Leftwich & Salzer
1100 Poydras Street
Suite 1500
New Orleans, LA 70163
pcalogero@alsfirm.com,kmcmenamin@alsfirm.com,legalassistant@alsfirm.com

- **Julie Richard-Spencer**

Robein, Urann, Spencer, Picard & Cangemi, APLC
P.O. Box 6768
2540 Severn Avenue, Suite 400
Metairie, LA 70009-6768
jrichard@ruspclaw.com,swilson@ruspclaw.com

                                       /s/ Andrew A. Lemmon
                                       ANDREW A. LEMMON (#18302)
                                       IRMA L. NETTING (#29362)
                                       LEMMON LAW FIRM
                                       15058 River Road
                                       P.O. Box 904
                                       Hahnville, 70057
                                       (985)783-6789; Fax (985) 783-1333
                                       andrew@lemmonlawfirm.com