UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAN HIMMEL, Derivatively on Behalf of AMEDISYS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVIT R. PITTS, PETER F. RICCHIUTI and DONALD A. WASHBURN, <br><br>Defendants, <br><br>and <br><br>AMEDISYS, INC., a Delaware corporation, <br><br>Nominal Defendant. | **Civil Action No. 3:10-cv-00441-RET-SCR** <br><br>Judge Ralph E. Tyson <br><br>Magistrate Judge Stephen C. Riedlinger <br><br>**MOTION FOR ORAL ARGUMENT** |
| PAULA WENDLAND, Derivatively on Behalf of AMEDISYS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI , and DONALD A. WASHBURN, <br><br>Defendants, <br><br>and <br><br>AMEDISYS, INC., a Delaware corporation, <br><br>Nominal Defendant. | **Civil Action No. 3:10-cv-00468-BAJ-DLD** <br><br>Judge Brian A. Jackson <br><br>Magistrate Judge Docia L. Dalby |

| | |
|---|---|
| NORTHUMBERLAND COUNTY PENSION FUND, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, DONALD A. WASHBUN, DALE E. REDMAN, JEFFREY D. JETER, MICHAEL O. FLEMING, GREGORY H. BROWNE, JOHN F. GUBLIN <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00480-JJB-DLD** <br><br> Judge James J. Brady <br><br> Magistrate Judge Docia L. Dalby |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, AND DONALD A. WASHBUN, <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00505-RET-CN** <br><br> Judge Ralph E. Tyson <br><br> Magistrate Judge Christine Noland |

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs Dan Himmel ("Himmel") and Paula Wendland, who respectfully request that their Motion to Consolidate and Appoint Lead Plaintiff, Lead Counsel, and Liaison Counsel (the "Motion") be assigned for oral argument. Plaintiffs submit that oral argument is appropriate and necessary in this particular matter so as to properly address the various aspects of the Motion and respond to any questions the Court may have in this matter.

**WHEREFORE**, plaintiffs respectfully request that this Honorable Court grant their Request for Oral Argument on their Motion.

DATED: August 4, 2010

LEMMON LAW FIRM, LLC
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)

    s/Andrew A. Lemmon
ANDREW A. LEMMON

15058 River Road
P.O. Box 904
Hahnville, Louisiana 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333
E-mail: andrew@lemmonlawfirm.com
      irma@lemmonlawfirm.com

[Proposed] Co-Lead Counsel and Counsel for Plaintiffs Dan Himmel and Paula Wendland

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsumeda.com
      kseely@robbinsumeda.com
      jrazzouk@robbinsumeda.com

[Proposed] Co-Lead Counsel and Counsel for Dan Himmel

CLAYTON AND FRUGE
ANTONIO M. CLAYTON
607 N. Alexander Ave.
Port Allen, LA 70767
Telephone: (225) 344-7000
E-mail: tclaytonlaw@aol.com

[Proposed] Liaison Counsel for Lead Plaintiff

LEOPOLD KUVIN, P.A.
WILLIAM C. WRIGHT
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 514-0904
Facsimile: (561) 514-0905
E-mail: wwright@leopoldkuvin.com

Counsel for Plaintiff Dan Himmel

GOLDFARB BRANHAM LLP
CHARLES W. BRANHAM, III
HAMILTON LINDLEY
2501 N. Harwood, Ste. 1801
Dallas, TX 75201
Telephone: (214) 583-2233
Facsimile: (214) 583-2234
E-mail: tbranham@goldfarbbranham.com
hlindley@goldfarbbranham.com

Counsel for Plaintiff Paula Wendland

# CERTIFICATE OF SERVICE

I certify that on August 4, 2010, a copy of the foregoing Moving Plaintiffs' Dan Himmel and Paula Wendland's Motion for Oral Argument was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to:

- **Andrew Allen Lemmon**
  andrew@lemmonlawfirm.com,court@lemmonlawfirm.com
- **Irma L. Netting**
  irma@lemmonlawfirm.com

by operation of the court's electronic filing system.

I have mailed notice of this filing by United States Postal service this filing to the following non-CM/ECF participants and have provided notice via email:

- **Julie Moffett McCall**

  Kantrow, Spaht, Weaver & Blitzer
  P.O. Box 2997
  445 North Blvd., Suite 300
  Baton Rouge, LA 70821-2997
  julie@kswb.com

- **Richard Franklin Zimmerman , Jr**

  Kantrow, Spaht, Weaver & Blitzer
  P.O. Box 2997
  445 North Blvd., Suite 300
  Baton Rouge, LA 70821-2997
  richard@kswb.com,beth@kswb.com

- **Robert E. Arceneaux**

  47 Beverly Garden Drive
  Metairie, LA 70001
  rea7001@cox.net

- **Pascal F. Calogero , Jr**

  Ajubita Leftwich & Salzer
  1100 Poydras Street
  Suite 1500

New Orleans, LA 70163
pcalogero@alsfirm.com,kmcmenamin@alsfirm.com,legalassistant@alsfirm.com

- **Julie Richard-Spencer**

Robein, Urann, Spencer, Picard & Cangemi, APLC
P.O. Box 6768
2540 Severn Avenue, Suite 400
Metairie, LA 70009-6768
jrichard@ruspclaw.com,swilson@ruspclaw.com

                          /s/ Andrew A. Lemmon
                          ANDREW A. LEMMON (#18302)
                          IRMA L. NETTING (#29362)
                          LEMMON LAW FIRM
                          15058 River Road
                          P.O. Box 904
                          Hahnville, 70057
                          (985)783-6789; Fax (985) 783-1333
                          andrew@lemmonlawfirm.com