UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAN HIMMEL, Derivatively on Behalf of AMEDISYS, INC., <br><br>   Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVIT R. PITTS, PETER F. RICCHIUTI and DONALD A. WASHBURN, <br><br>   Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br>   Nominal Defendant. | **Civil Action No. 3:10-cv-00441-RET-SCR** <br><br> Judge Ralph E. Tyson <br><br> Magistrate Judge Stephen C. Riedlinger <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR ORAL ARGUMENT** |
| PAULA WENDLAND, Derivatively on Behalf of AMEDISYS, INC., <br><br>   Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, and DONALD A. WASHBURN, <br><br>   Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br>   Nominal Defendant. | **Civil Action No. 3:10-cv-00468-BAJ-DLD** <br><br> Judge Brian A. Jackson <br><br> Magistrate Judge Docia L. Dalby |

| | |
|---|---|
| NORTHUMBERLAND COUNTY PENSION FUND, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, DONALD A. WASHBUN, DALE E. REDMAN, JEFFREY D. JETER, MICHAEL O. FLEMING, GREGORY H. BROWNE, JOHN F. GUBLIN <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00480-JJB-DLD** <br><br> Judge James J. Brady <br><br> Magistrate Judge Docia L. Dalby |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, AND DONALD A. WASHBUN, <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00505-RET-CN** <br><br> Judge Ralph E. Tyson <br><br> Magistrate Judge Christine Noland |

Considering the foregoing Request for Oral Argument:

IT IS HEREBY ORDERED that plaintiffs plaintiff Dan Himmel and Paula Wendland's Request for Oral Argument on their Motion to Consolidate and Appoint Lead Plaintiff, Lead Counsel, and Liaison Counsel be and hereby is granted and that oral argument shall be held on the _____ day of _____, 2010 at _____ ___.m..

DATED: _____        _____
                                    THE HONORABLE RALPH E. TYSON
                                    UNITED STATES DISTRICT JUDGE

509529