UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAN HIMMEL, Derivatively on Behalf of AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVIT R. PITTS, PETER F. RICCHIUTI and DONALD A. WASHBURN, <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00441-RET-SCR** <br><br> Judge Ralph E. Tyson <br><br> Magistrate Judge Stephen C. Riedlinger <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT CO-LEAD COUNSEL AND CO-LIAISON COUNSEL** |
| PAULA WENDLAND, Derivatively on Behalf of AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, and DONALD A. WASHBURN, <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00468-BAJ-DLD** <br><br> Judge Brian A. Jackson <br><br> Magistrate Judge Docia L. Dalby |

[Captioned continued on following page]

| | |
|---|---|
| NORTHUMBERLAND COUNTY PENSION FUND, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, DONALD A. WASHBUN, DALE E. REDMAN, JEFFREY D. JETER, MICHAEL O. FLEMING, GREGORY H. BROWNE, JOHN F. GUBLIN <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00480-JJB-DLD** <br><br> Judge James J. Brady <br><br> Magistrate Judge Docia L. Dalby |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, AND DONALD A. WASHBUN, <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00505-RET-CN** <br><br> Judge Ralph E. Tyson <br><br> Magistrate Judge Christine Noland |

**NOW INTO COURT**, through undersigned counsel comes plaintiffs Dan Himmel, Paula Wendland, Northumberland County Pension Fund, and Laborers' District Council and Contractors' Pension Fund of Ohio who move this Court for an order to: (i) consolidate all four of the above-captioned derivative actions; and (ii) appoint Robbins Umeda LLP; Cohen, Placitella, & Roth, P.C.; and Branstetter, Stranch & Jennings, PLLC as Co-Lead Counsel; and (iii) Clayton & Fruge and Robein, Urann, Spencer, Picard & Cangemi, APL as Co-Liaison Counsel.

The Motion is based on the accompanying Memorandum, the pleadings and papers on file herein, and such other written or oral arguments as may be properly presented to the Court.

**WHEREFORE**, moving plaintiffs pray that the Court order: (i) the consolidation of all four of the above-captioned derivative actions; (ii) the appointment of Robbins Umeda LLP, Cohen, Placitella & Roth, P.C., and Branstetter, Stranch & Jennings, PLLC as Co-Lead Counsel; (iii) and Clayton & Fruge and Robein, Urann, Spencer, Picard & Cangemi, APL as Co-Liaison Counsel; and grant such other relief as the Court may deem just and proper.

DATED: August 13, 2010                                LEMMON LAW FIRM, LLC

                                                                 s/Andrew A. Lemmon
                                      ANDREW A. LEMMON (#18302)
                                      IRMA L. NETTING (#29362)
                                      15058 River Road
                                      P.O. Box 904
                                      Hahnville, Louisiana 70057
                                      Telephone: (985) 783-6789
                                      Facsimile: (985) 783-1333
                                      E-mail: andrew@lemmonlawfirm.com
                                                 irma@lemmonlawfirm.com

                                      Counsel for Plaintiffs Dan Himmel and
                                      Paula Wendland

                                      ROBBINS UMEDA LLP
                                      BRIAN J. ROBBINS
                                      KEVIN A. SEELY
                                      JAY N. RAZZOUK
                                      600 B Street, Suite 1900
                                      San Diego, CA 92101
                                      Telephone: (619) 525-3990

Facsimile: (619) 525-3991
E-mail: brobbins@robbinsumeda.com
   kseely@robbinsumeda.com
   jrazzouk@robbinsumeda.com

[Proposed] Co-Lead Counsel and Counsel for Dan Himmel

CLAYTON AND FRUGE
TONY M. CLAYTON
607 N. Alexander Ave.
Port Allen, LA 70767
Telephone: (225) 344-7000
E-mail: tclaytonlaw@aol.com

[Proposed] Co-Liaison Counsel for Lead Plaintiff
GOLDFARB BRANHAM LLP
CHARLES W. BRANHAM, III
HAMILTON LINDLEY
2501 N. Harwood, Ste. 1801
Dallas, TX 75201
Telephone: (214) 583-2233
Facsimile: (214) 583-2234
E-mail: tbranham@goldfarbbranham.com
   hlindley@goldfarbbranham.com

Counsel for Plaintiff Paula Wendland

DATED: August 13, 2010

ROBERT E. ARCENEAUX, LLC
ROBERT ARCENEAUX (#01199)

   s/Robert Arceneaux
   ROBERT ARCENEAUX

47 Beverly Garden Drive
Metairie, LA 70001
Telephone: (504) 833-7533
Facsimile: (504) 833-7612
E-mail: rea7001@cox.net

COHEN, PLACITELLA & ROTH, P.C.
STEWART L. COHEN
STUART J. GUBER
JILLIAN A.S. ROMAN
2900 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Telephone: (215) 567-3500
Facsimile: (215) 567-6019
E-mail: scohen@cprlaw.com
   sguber@cprlaw.com
   jroman@cprlaw.com

|   |   |
|---|---|
|   | [Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Northumberland County Pension Fund |
|   | PASCAL F. CALOGERO, JR. (#3082)<br>1500 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br>Telephone: (504) 582-2300<br>Facsimile: (504) 5582-2310<br>E-mail: pealogero@alsfirm.com |
|   | Counsel for Plaintiff Northumberland County Pension Fund |
|   | RIGRODSKY & LONG, P.A.<br>SETH D. RIGRODSKY<br>919 North Market Street, Suite 980<br>Wilmington, DE 19801<br>Telephone: (302) 295-5310<br>E-mail: sdr@rigrodskylong.com |
|   | Counsel for Plaintiff Northumberland County Pension Fund |
| DATED: August 13, 2010 | ROBEIN, URANN, SPENCER, PICARD & CANGEMI, APL<br>JULIE RICHARD-SPENCER (#20340) |
|   | <u>    s/ Julie Richard-Spencer    </u><br>JULIE RICHARD-SPENCER |
|   | 2540 Severn Avenue, Suite 400 (70002)<br>Post Office Box 6768<br>Metairie, LA 70009-6768<br>Telephone: (504) 885-9994<br>Facsimile: (504) 885-9969<br>E-mail: jrichard@ruspclaw.com |
|   | [Proposed] Co-Liaison Counsel for Plaintiffs and Counsel for Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio |
|   | BRANSTETTER, STRANCH & JENNINGS, PLLC<br>J. GERARD STRANCH, IV<br>MICHAEL G. STEWART<br>JOE P.LENISKI, JR.<br>227 Second Avenue North, 4th Floor<br>Nashville, TN 37201 |

Telephone: (615) 254-8801
Facsimile: (615) 250-3937
E-mail: gstranch@branstetterlaw.com
       mstewart@branstetterlaw.com
       jleniski@branstetterlaw.com

[Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
SAMUEL M. WARD
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
E-mail: sbasser@barrack.com
       sward@barrack.com

Counsel for Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio

516273

## CERTIFICATE OF SERVICE

I certify that on August 13, 2010, a copy of the foregoing Plaintiffs' Unopposed Motion to Consolidate Related Actions and Appoint Co-Lead Counsel and Co-Liaison Counsel was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to:

- **Andrew Allen Lemmon**
  andrew@lemmonlawfirm.com,court@lemmonlawfirm.com
- **Julie Moffett McCall**
  julie@kswb.com
- **Irma L. Netting**
  irma@lemmonlawfirm.com
- **Richard Franklin Zimmerman , Jr**
  richard@kswb.com,beth@kswb.com

by operation of the court's electronic filing system.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

**David E. Meadows**
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

**Michael R. Smith**
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

/s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)
LEMMON LAW FIRM
15058 River Road
P.O. Box 904
Hahnville, 70057
(985)783-6789; Fax (985) 783-1333
andrew@lemmonlawfirm.com