# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DAN HIMMEL, Derivatively on Behalf of AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVIT R. PITTS, PETER F. RICCHIUTI and DONALD A. WASHBURN, <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00441-RET-SCR** <br><br> Judge Ralph E. Tyson <br><br> Magistrate Judge Stephen C. Riedlinger <br><br> **MEMORANDUM OF LAW IN SUPPORT UNOPPOSED MOTION TO CONSOLIDATED RELATED ACTIONS AND APPOINT CO-LEAD COUNSEL AND CO-LIASION COUNSEL** |
| PAULA WENDLAND, Derivatively on Behalf of AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI , and DONALD A. WASHBURN, <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00468-BAJ-DLD** <br><br> Judge Brian A. Jackson <br><br> Magistrate Judge Docia L. Dalby |

[Captioned continued on following page]

| | |
|---|---|
| NORTHUMBERLAND COUNTY PENSION FUND, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, DONALD A. WASHBUN, DALE E. REDMAN, JEFFREY D. JETER, MICHAEL O. FLEMING, GREGORY H. BROWNE, JOHN F. GUBLIN <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00480-JJB-DLD** <br><br> Judge James J. Brady <br><br> Magistrate Judge Docia L. Dalby |
| LABORERS' DISTRICT COUNCIL AND CONTRACTORS' PENSION FUND OF OHIO, Derivatively On Behalf of Nominal Defendant AMEDISYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM F. BORNE, DALE E. REDMAN, JEFFREY D. JETER, RONALD A. LABORDE, JAKE L. NETTERVILLE, DAVID R. PITTS, PETER F. RICCHIUTI, AND DONALD A. WASHBUN, <br><br> Defendants, <br><br> and <br><br> AMEDISYS, INC., a Delaware corporation, <br><br> Nominal Defendant. | **Civil Action No. 3:10-cv-00505-RET-CN** <br><br> Judge Ralph E. Tyson <br><br> Magistrate Judge Christine Noland |

Plaintiffs Dan Himmel, Paula Wendland, Northumberland County Pension Fund, and Laborers' District Council and Contractors' Pension Fund of Ohio (collectively the "Plaintiffs"), by and through their undersigned counsel, respectfully submit this Memorandum in Support of Plaintiffs' Unopposed Motion to Consolidate Related Actions and Appoint Co-Lead Counsel and Co-Liaison Counsel and state as follows:

There are presently four related shareholder derivative actions alleging breaches of fiduciary duties by certain of the officers and directors of Amedisys, Inc. ("Amedisys") pending in this Court: (1) *Himmel v. Borne, et al.*, No. 3:10-cv-00441-RET-SCR filed on July 2, 2010 ("*Himmel* action"); (2) *Wendland v. Borne, et al.*, No. 3:10-cv-00468-BAJ-DLD filed on July 15, 2010 ("*Wendland* action"); (3) *Northumberland County Pension Fund v. Borne, et al.*, No. 3:10-CV-00480-JJB-DLD filed on July 21, 2010 ("*Northumberland* action"); and (4) *Laborers' District Council & Contractors' Pension Fund of Ohio v. Borne, et al.*, No. 3:10-cv-00505-RET-CN filed on August 2, 2010 ("*Laborers'* action") (collectively, the "Related Actions").

In an effort to assure consistent rulings and decisions and the avoidance of unnecessary duplication of effort, all of the counsel for parties in *Himmel* and *Wendland* actions entered into the Stipulation Consolidating Actions and Concerning Related Matters and [Proposed] Order Thereon, filed on July 21, 2010, concerning consolidation and related matters. On August 3, 2010, after the filing of the *Northumberland* and *Laborers'* actions, Plaintiffs in the *Himmel* and *Wendland* actions moved to consolidate the Related Actions and appoint a leadership structure for plaintiffs in those actions. *See* Moving Plaintiffs Dan Himmel and Paula Wendland's Motion to Consolidate and Appoint Plaintiff, Lead Counsel, and Liaison Counsel, filed on August 3, 2010 [Dkt. No. 10]. Defendants responded saying they support consolidation of all four Related

Actions and take no position on leadership.[1] Plaintiffs in the *Himmel and Wendland* actions plan to withdraw their August 3, 2010, motion if the instant motion is granted. All Plaintiffs of the Related Actions now bring this unopposed Motion to consolidate the Related Actions and appoint a leadership structure for Plaintiffs.

The Related Actions should be consolidated for all purposes consistent with the proposed order filed herewith. Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)") provides as follows:

> If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid any unnecessary cost or delay.

Consolidation pursuant to Rule 42(a) is proper when actions involve common questions of law and fact and the court finds that consolidation would avoid unnecessary costs or delay. *Id.*; *see also Miller v. U.S. Postal Serv.*, 729 F.2d 1033, 1036 (5th Cir. 1984); *Ocean Drilling & Exploration Co. v. Nat'l Union Fire Ins. Co.*, No. 86 CIV 0352, 1987 WL 5989, at *1 (E.D. La. Jan. 22, 1987). In such instances, district courts have the broad discretionary authority under Rule 42(a) to consolidate cases. *Capps v. Eggers*, 782 F.2d 1341, 1342 (5th Cir. 1986); *St. Martin v. Provident Life & Accident Ins. Co.*, No. 92-4244, 1993 WL 165738, at *1 (E.D. La. May 10, 1993). Consolidation benefits both the court and the parties by streamlining and simplifying pretrial motions, discovery management, clerical and administrative management, and generally reducing confusion and delay that would be brought by separately prosecuting multiple related cases. *In re Air Crash Disaster at Fla. Everglades*, 549 F.2d 1006, 1014 (5th

---

[1] *See* Response of Defendants and Nominal Defendant to Moving Plaintiffs Dan Himmel and Paula Wendland's Motion to Consolidate and Appoint Lead Plaintiff, Lead Counsel, and Liaison Counsel at 3-4, filed on August 11, 2010 [Dkt. No. 21].

Cir. 1977) (citing *MacAlister v. Guterma*, 263 F.2d 65 (2d Cir. 1958)). Here, the Related Actions assert essentially the same claims (including for breach of fiduciary duty) on behalf of Amedisys against substantially the same defendants. Consolidation of the Related Actions, therefore, is necessary and appropriate and will serve to promote an efficient litigation.

Plaintiffs consent to the transfer of the Related Actions to Judge Brian A. Jackson, as requested by Defendants in their Motion for Transfer of Judicial Assignment filed on August 6, 2010 [Dkt. No. 12], because the lowest numbered class action pending in this district relating to Amedisyis' Medicare billing practices that are now under investigation by the Senate Finance Committee, *Bach, et al. v. Amedisys, Inc. et al.,* No. 3:10-cv-00395-BJR-CN (M.D. La.), is assigned to Judge Jackson. *Id.* at n.1, 2.

The Court should also appoint a leadership structure for the consolidated derivative Related Actions. It is well established that a court may appoint plaintiff leadership to streamline and coordinate the prosecution of complex litigation. *In re Bendectin Litig.*, 857 F.2d 290, 297 (6th Cir. 1988) ("[i]n complex cases, it is well established that the district judge may create a Plaintiffs' Lead Counsel Committee") (citations omitted); *MacAlister*, 263 F.2d at 68 ("[a]n order consolidating such [derivative] actions during the pre-trial stages, together with the appointment of a general counsel, may in many instances prove the only effective means of channeling the efforts of counsel …"); *Manual for Complex Litigation* §10.22 (4th ed. 2004) ("[i]nstituting special procedures for coordination of counsel early in the litigation will help to avoid" problems, including: waste of time and money, confusion and misdirection of the litigation, and burden on the court). Appointing a leadership structure, here, will ensure the orderly prosecution of the above-captioned Related Actions upon consolidation, prevent duplication of effort by counsel, and preserve the Court's resources.

Plaintiffs request that the Court grant the proposed order filed concurrently herewith and establish the following leadership structure for the above-captioned cases upon their consolidation:

    (a)    The Co-Lead Counsel for Plaintiffs for the conduct of these Related Actions would be:

> ROBBINS UMEDA LLP
> BRIAN J. ROBBINS
> KEVIN A. SEELY
> JAY N. RAZZOUK
> 600 B Street, Suite 1900
> San Diego, CA 92101
> Telephone: (619) 525-3990
> Facsimile: (619) 525-3991
>
> COHEN, PLACITELLA & ROTH, P.C.
> STEWART L. COHEN
> STUART J. GUBER
> JILLIAN A.S. ROMAN
> 2900 Two Commerce Square
> 2001 Market Street
> Philadelphia, PA 19130
> Telephone: (215) 567-3500
> Facsimile: (215) 567-6019
>
> BRANSTETTER, STRANCH & JENNINGS, PLLC
> J. GERARD STRANCH, IV
> MICHAEL G. STEWART
> JOE P. LENISKI, JR.
> 227 Second Avenue North, 4th Floor
> Nashville, TN 37201
> Telephone: (615) 254-8801
> Facsimile: (615) 250-3937

    (b)    The Co-Liaison Counsel for Plaintiffs for the conduct of these Related Actions would be:

> CLAYTON AND FRUGE
> TONY M. CLAYTON
> 607 N. Alexander Ave.
> Port Allen, LA 70767
> Telephone: (225) 344-7000
>
> ROBEIN, URANN, SPENCER, PICARD & CANGEMI, APL
> JULIE RICHARD-SPENCER

2540 Severn Avenue, Suite 400 (70002)
Post Office Box 6768
Metairie, LA 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969

The above firms proposed as Co-Lead Counsel and Co-Liaison Counsel are all reputable firms with experience in this type of litigation and/or similar complex litigation in this venue. These firms are also able and willing to commit the resources necessary to vigorously prosecute the Related Actions.

DATED: August 13, 2010

LEMMON LAW FIRM, LLC

s/Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)
15058 River Road
P.O. Box 904
Hahnville, Louisiana 70057
Telephone: (985) 783-6789
Facsimile: (985) 783-1333
E-mail: andrew@lemmonlawfirm.com
    irma@lemmonlawfirm.com

Counsel for Plaintiffs Dan Himmel and Paula Wendland

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
JAY N. RAZZOUK
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsumeda.com
    kseely@robbinsumeda.com
    jrazzouk@robbinsumeda.com

[Proposed] Co-Lead Counsel and Counsel for Dan Himmel
CLAYTON AND FRUGE
TONY M. CLAYTON
607 N. Alexander Ave.
Port Allen, LA 70767
Telephone: (225) 344-7000
E-mail: tclaytonlaw@aol.com

[Proposed] Co-Liaison Counsel for Lead Plaintiff

GOLDFARB BRANHAM LLP
CHARLES W. BRANHAM, III
HAMILTON LINDLEY
2501 N. Harwood, Ste. 1801
Dallas, TX 75201
Telephone: (214) 583-2233
Facsimile: (214) 583-2234
E-mail: tbranham@goldfarbbranham.com
       hlindley@goldfarbbranham.com

Counsel for Plaintiff Paula Wendland

DATED: August 13, 2010

ROBERT E. ARCENEAUX, LLC
ROBERT ARCENEAUX (#01199)

    s/Robert Arceneaux
ROBERT ARCENEAUX

47 Beverly Garden Drive
Metairie, LA 70001
Telephone: (504) 833-7533
Facsimile: (504) 833-7612
E-mail: rea7001@cox.net

COHEN, PLACITELLA & ROTH, P.C.
STEWART L. COHEN
STUART J. GUBER
JILLIAN A.S. ROMAN
2900 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Telephone: (215) 567-3500
Facsimile: (215) 567-6019
E-mail: scohen@cprlaw.com
      sguber@cprlaw.com
      jroman@cprlaw.com

[Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiff Northumberland County Pension Fund

PASCAL F. CALOGERO, JR. (#3082)
1500 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: (504) 582-2300
Facsimile: (504) 5582-2310
E-mail: pealogero@alsfirm.com

Counsel for Plaintiff Northumberland
County Pension Fund

RIGRODSKY & LONG, P.A.
SETH D. RIGRODSKY
919 North Market Street, Suite 980
Wilmington, DE 19801
Telephone: (302) 295-5310
E-mail: sdr@rigrodskylong.com

Counsel for Plaintiff Northumberland
County Pension Fund

DATED: August 13, 2010

ROBEIN, URANN, SPENCER, PICARD
   & CANGEMI, APL
JULIE RICHARD-SPENCER (#20340)

     s/ Julie Richard-Spencer
      JULIE RICHARD-SPENCER

2540 Severn Avenue, Suite 400 (70002)
Post Office Box 6768
Metairie, LA 70009-6768
Telephone: (504) 885-9994
Facsimile: (504) 885-9969
E-mail: jrichard@ruspclaw.com

[Proposed] Co-Liaison Counsel for
Plaintiffs and Counsel for Plaintiff
Laborers' District Council and
Contractors' Pension Fund of Ohio

BRANSTETTER, STRANCH &
   JENNINGS, PLLC
J. GERARD STRANCH, IV
MICHAEL G. STEWART
JOE P.LENISKI, JR.
227 Second Avenue North, 4th Floor
Nashville, TN 37201
Telephone: (615) 254-8801
Facsimile: (615) 250-3937
E-mail: gstranch@branstetterlaw.com
      mstewart@branstetterlaw.com
      jleniski@branstetterlaw.com

[Proposed] Co-Lead Counsel for Plaintiffs
and Counsel for Plaintiff Laborers'
District Council and Contractors' Pension
Fund of Ohio

BARRACK, RODOS & BACINE

STEPHEN R. BASSER
SAMUEL M. WARD
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
E-mail: sbasser@barrack.com
       sward@barrack.com

Counsel for Plaintiff Laborers' District Council and Contractors' Pension Fund of Ohio

509528