UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT F. BACH, ET AL | CIVIL ACTION |
| VERSUS | |
| AMEDISYS, INC., ET AL | NO. 10-395-BAJ-CN |

CONSOLIDATED WITH

| | |
|---|---|
| DAN HIMMEL, DERIVATIVELY ON BEHALF OF AMEDISYS, INC. | CIVIL ACTION |
| VERSUS | |
| WILLIAM F. BORNE, ET AL | NO. 10-441-RET-SCR |

CONSOLIDATED WITH

| | |
|---|---|
| DAVID ISMAN | CIVIL ACTION |
| VERSUS | |
| AMEDISYS, INC., ET AL | NO. 10-464-BAJ-DLD |

CONSOLIDATED WITH

| | |
|---|---|
| PAULA WENDLAND, DERIVATIVELY ON BEHALF OF AMEDISYS, INC. | CIVIL ACTION |
| VERSUS | |
| WILLIAM F. BORNE, ET AL | NO. 10-468-BAJ-DLD |

CONSOLIDATED WITH

| | |
|---|---|
| ARIK DVINSKY | CIVIL ACTION |
| VERSUS | |
| AMEDISYS, INC., ET AL | NO. 10-470-JJB-CN |

CONSOLIDATED WITH

NORTHUMBERLAND COUNTY PENSION
FUND, DERIVATIVELY ON BEHALF OF
NOMINAL DEFENDANT AMEDISYS, INC.            CIVIL ACTION

VERSUS

                                            NO. 10-480-JJB-DLD
WILLIAM F. BORNE, ET AL

CONSOLIDATED WITH

MELVIN W. BRINKLEY, ON BEHALF OF
HIMSELF AND ALL OTHERS
SIMILARLY SITUATED                          CIVIL ACTION

VERSUS

                                            NO. 10-497-JJB-CN
AMEDISYS, INC., ET AL

CONSOLIDATED WITH

LABORERS' DISTRICT COUNCIL
AND CONTRACTORS' PENSION FUND
OF OHIO, DERIVATIVELY ON BEHALF OF
AMEDISYS, INC.                              CIVIL ACTION

VERSUS

                                            NO. 10-505-RET-CN
AMEDISYS, INC., ET AL

ORDER

The court having determined that the above-captioned cases present common questions of law and fact,

IT IS ORDERED that the above-captioned cases are hereby consolidated and transferred to District Judge Brian A. Jackson and Magistrate Judge Christine Noland

for further proceedings.

Baton Rouge, Louisiana, August 25, 2010

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

_____
JAMES J. BRADY, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

_____
BRIAN A. JACKSON, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA